**STATE of Missouri, Respondent,**

v.

**James F. COX, Appellant.**

**No. WD 58783.**

Missouri Court of Appeals,
Western District.

June 12, 2001.

Rosalynn Koch, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, HAROLD L. LOWENSTEIN, and PATRICIA BRECKENRIDGE, Judges.

## *ORDER*

PER CURIAM:

James F. Cox appeals from his conviction of eight counts of statutory sodomy in the first degree, § 566.062; eight counts of incest, § 568.020; four counts of child molestation in the first degree, § 566.067; and four counts of abuse of a child, § 568.060. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).